# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| **MARQUETTE TASHUN MAXWELL, JR.** **#112986** | * * * * |
| Plaintiff, | * |
| v. | *   No. 3:19-cv-00286-JJV |
| | * |
| **R. BURSE,** *Jailer, Mississippi County Detention Center*, *et al.* | * * * |
| Defendants. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 28th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE